UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

_____

| | |
|---|---|
| DOROTHY A. JONES | CIVIL ACTION NO. 05-1146 |
| versus | JUDGE STAGG |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | **REFERRED TO:** **MAGISTRATE JUDGE HORNSBY** |

_____

## **J U D G M E N T**

In accordance with the Memorandum Ruling issued this date, the Commissioner's decision to deny benefits is **AFFIRMED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 5th day of July, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE